IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 25 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 08–25–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANA FRANKLIN MATT, | |
| Defendant. | |

The United States having moved unopposed to dismiss the revocation petition in this matter,

IT IS ORDERED that the United States' motion (Doc. 50) is GRANTED. The September 15, 2016 Revocation Petition (Doc. 37) is DISMISSED and the final revocation hearing set for February 2, 2017, is VACATED.

Dated this 25th day of January, 2017.

Donald W. Molloy, District Judge
United States District Court