IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA FRANKLIN MATT,<br><br>Defendant. | CR 08–25–M–DWM<br><br>NOTICE |

In anticipation of the final revocation hearing set for January 24, 2025, the Court provides notice that it is contemplating imposing an upward variance. *Cf.* Fed. R. Crim. P. 32(h). Such a variance is contemplated to protect the public in light of the length of time of the alleged violative conduct and the search terms used. *See* 18 U.S.C. §§ 3553(a)(2)(C), 3583(e); *United States v. Miqbel*, 444 F.3d 1173, 1181 (9th Cir. 2006).

DATED this 23rd day of January, 2025.

Donald W. Molloy, District Judge
United States District Court